In the Matter of the Claim of Mr. and Mrs. ALFRED BERGERON and COMMISSIONER OF TAXATION AND FINANCE, Respondents, against THE PRESS COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award to Special Funds under subdivisions 8 and 9 of section 15 and subdivision 2 of section 25-a of the Workmen's Compensation Law. Decedent was engaged as a newsboy on one of employer's routes (No. 124). He delivered papers to about fifty regular customers, and collected weekly from all except a very few, who subscribed and paid annually. His compensation was one cent on each paper. He was subject to the supervision and direction of employer's agents and representatives. The evidence sustains the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of RALPH FICUCELLO, Respondent, against KERWIN MOTORS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Appeal from an award to claimant, who while employed as a mechanic struck his head in the region of the eye against an iron post causing a detached retina. The appellants assert that there was lack of proof of causal relation between the accident and the loss of vision. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARGARET VANDERPOOL and Another, Appellants, against POIRIER & McLANE CONSTRUCTION CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the claimants from findings, decision and award of the State Industrial Board rejecting the claims of dependency of the claimants and making awards to the State Commissioner's Special Fund and Vocational Rehabilitation Bureau and the Fund for Reopened Cases, pursuant to subdivisions 8 and 9 of section 15 and subdivision 2 of section 25-a of the Workmen's Compensation Law. The evidence supports the decision. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER KOCIOLOWICZ and Another, Respondents, against TONAWANDA CORRUGATED BOX CO., INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer from a double death benefits award made by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law in favor of the dependent parents of the deceased employee. It is conceded that the deceased was a minor under eighteen years of age and was employed in violation of section 171 of the Labor Law in that he was permitted to work more than forty-eight hours a week. It is also conceded that he was employed in violation of the Labor Law in that the proper working papers had not been obtained from the public school authorities. Award unanimously affirmed, with costs to the State Industrial Board. The court has considered and passed upon the constitutional question raised by the appellant. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.